

**INDIAN LAW**
RESOURCE CENTER
JUSTICE FOR INDIGENOUS PEOPLES

June 18, 2010

**MAIN OFFICE**
ROBERT T. COULTER, ESQ.
*Executive Director*
LUCY R. SIMPSON, ESQ.
KIRSTEN MATOY CARLSON, ESQ.
*Admitted in Michigan*
GINNY UNDERWOOD
*Director of Communications*
BARBARA ANTHONY
*Director of Development*
Email: mt@indianlaw.org

**WASHINGTON OFFICE**
ARMSTRONG A. WIGGINS
*Director, Washington Office*
LEONARDO A. CRIPPA, ESQ.
*Admitted in Argentina*
Email: dcoffice@indianlaw.org

Hon. Lawrence E. Kahn
United States District Judge
Northern District of New York
445 Broadway – Room 424
Albany, New York 12207-2926

Re:   <u>Onondaga Nation v. The State of New York, et al.,</u>
       05-CV-314 (LEK) (DRH)

Dear Judge Kahn:

I am writing to request leave to withdraw as counsel for the Onondaga Nation in the above referenced matter in accordance with Rule 83.2 of the Local Rules of Practice.  The Nation will continue to be represented by Curtis G. Berkey and Joseph J. Heath, who have been co-counsel with me from the beginning of this case.  I have resigned from representing the Nation, and my withdrawal from this matter is with the agreement of co-counsel Curtis G. Berkey and Joseph J. Heath.

A copy of this letter of request is served upon counsel for all of the parties, including the Onondaga Nation by electronic filing.

Respectfully submitted,

**/S/**

Robert T. Coulter

Leave to withdraw is granted.

_____   Date: _____
Judge Lawrence E. Kahn

602 North Ewing Street • Helena, Montana 59601
Tel. (406) 449-2006 • Fax (406) 449-2031

601 E Street, S.E. • Washington, D.C. 20003
Tel. (202) 547-2800 • Fax (202) 547-2803

www.indianlaw.org