=================================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__   DISTRICT OF   __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO 5:05-CV-0314 (LEK/RFT)

ONONDAGA NATION,

                Plaintiff,

-against-

STATE OF NEW YORK, GEORGE PATAKI, *In His Individual Capacity*, DAVID PATTERSON, ONONDAGA COUNTY, CITY OF SYRACUSE, HONEYWELL INTERNATIONAL, INC., TRIGEN SYRACUSE ENERGY CORPORATION, CLARK CONCRETE COMPANY, INC., VALLEY REALTY DEVELOPMENT COMPANY, INC., and HANSON AGGREGATES NORTH AMERICA,

                Defendants.

_____   JURY VERDICT.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__   DECISION by COURT.  This action came to trial or hearing before the Court.  The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendants as against the plaintiff, in accordance with the MEMORANDUM-DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated September 22, 2010.

DATE:   September 22, 2010

*LAWRENCE K. BAERMAN*
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**